**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| THE ARBITRAGE EVENT-DRIVEN FUND, et al., on behalf of themselves and all) others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>TRIBUNE MEDIA COMPANY, PETER M. KERN, CHANDLER BIGELOW, CRAIG A JACOBSON, ROSS LEVINSOHN, PETER E. MURPHY, LAURA R. WALKER,OAKTREE TRIBUNE, L.P., OAKTREE CAPITAL MANAGEMENT, L.P., and MORGAN STANLEY & CO. LLC,<br><br>Defendant(s). | Case No. 18 C 6175<br>Judge Charles P. Kocoras |

**JUDGMENT IN A CIVIL CASE**

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Judgment entered in favor of Defendants and against the Plaintiffs.

---

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge Charles P. Kocoras on a motions to dismiss.

Date: 1/6/2020 Thomas G. Bruton, Clerk of Court

Vettina Franklin, Deputy Clerk